UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| AURORA COUNTY, SOUTH DAKOTA, | : | CIVIL ACTION NO. |
| | : | 4:13-CV-04053-LLP |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | STIPULATION FOR DISMISSAL |
| TWIN CITY FIRE INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

The above-named parties, by and through their respective counsel of record, hereby stipulate and agree that Plaintiff's Complaint and all causes of action asserted or which could have been asserted therein, may be dismissed on its merits, with prejudice, and without costs to either party.

RICHARDSON, WYLY, WISE, SAUCK
& HIEB, LLP

Dated: August 15, 2014     By  /s/ Roy A. Wise
Roy A. Wise
Jack H. Hieb
One Court Street
Post Office Box 1030
Aberdeen, SD 57402-1030
Telephone No. (605)225-6310
Fax No. (605)225-2743
E-Mail: rwise@rwwsh.com
        jhieb@rwwsh.com
and
Mark V. Meierhenry
Clint Sargent
315 S. Phillips Avenue
Sioux Falls SD 57104
Telephone: (605) 336-3075
E-mail: mark@meierhenrylaw.com
        clint@meierhenrylaw.com

Attorneys for Plaintiff

|  |  |
|---|---|
| Dated: 8/22/2014 | CADWELL SANFORD DEIBERT & GARRY LLP<br><br>By _____<br>William C. Garry<br>Alex M. Hagen<br>200 E. 10th Street, Suite 200<br>PO Box 2498<br>Sioux Falls SD 57101<br>(605) 336-0828<br>Email:   bgarry@cadlaw.com<br>         ahagen@cadlaw.com<br>and<br>Mark K. Ostrowski<br>SHIPMAN & GOODWIN LLP<br>One Constitution Plaza<br>Hartford CT 06103<br>Telephone: (860) 251-5634<br>Email: mostrowski@goodwin.com<br>*(Admitted Pro Hac Vice)*<br><br>Attorneys for Defendant<br><br>*Electronic Filed* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 22nd, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following counsel:

Roy A. Wise
Jack H. Hieb
RICHARDSON, WYLY, WISE, SAUCK & HIEB, LLP
Post Office Box 1030
1 Court Street
Aberdeen, SD 57402
Telephone: (605) 225-6310
Email: rwise@rwwsh.com
jhieb@rwwsh.com

Mark V. Meierhenry
Clint Sargent
MEIERHENRY SARGENT LLP
315 S. Phillips Avenue
Sioux Falls, SD 57104
Telephone: (605) 336-3075
E-mail: mark@meierhenrylaw.com
clint@meierhenrylaw.com

/s/ *William C. Garry*
William C. Garry